IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BILLIE ODELL CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-2950 Ma/V |
| | ) |
| SHERRI A. McCLAIN, | ) |
| | ) |
| Defendant. | ) |

## ORDER TO SHOW CAUSE

Before the court is Defendant's January 14, 2005, motion to bifurcate. Plaintiff has not yet responded to the motion, and the time for response has passed. Plaintiff is hereby ordered to show cause within eleven (11) days from the date of this order as to why Defendant's motion should not be granted.

So ordered this 19th day of April 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 4-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:04-CV-02950 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

Randy Songstad
DOWDEN SONGSTAD & WORLEY
6077 Primacy Parkway
Ste. 102
Memphis, TN 38119

Robert L. Moore
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

David A. McLaughlin
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT