IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 MAY 16 PM 5:11

ROBERT ___
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| BILLIE ODELL CARTER, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-2950 Ma/V |
| SHERRI A. McCLAIN, | ) | |
| Defendant. | ) | |

## ORDER GRANTING DEFENDANT'S MOTION TO BIFURCATE

This case arises from an automobile accident. On January 14, 2004, defendant Sherri A. McClain filed a motion to bifurcate the issue of punitive damages. Plaintiff Billie Odell Carter filed a response on April 26, 2005, stating that "she is in agreement with the relief sought. The proper procedure in a punitive damages case is to bifurcate the trial on the issue of punitive damages." (Pl.'s Resp. at 1.) Accordingly, the court GRANTS Defendant's motion to bifurcate the issue of punitive damages.

So ordered this 16th day of May 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-17-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:04-CV-02950 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

David A. McLaughlin
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Robert L. Moore
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Randy Songstad
DOWDEN SONGSTAD & WORLEY
6077 Primacy Parkway
Ste. 102
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT