IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

BILLIE ODLE CARTER,

    Plaintiff,

v.                                   Civil Action No. 04-2950-MaV

SHERRI A. McCLAIN,

    Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION TO AMEND RULE 16(b) SCHEDULING ORDER TO EXTEND DEADLINE FOR TAKING EXPERT WITNESS DEPOSITIONS

This Motion came to be heard upon the Motion of the Plaintiff to Amend the Rule 16(b) Scheduling Order to Extend the Deadline for Taking Expert Witness Depositions to January 6, 2006. Upon consideration of the Plaintiff's Motion, Memorandum of Law in Support thereof, and the Certificate of Consultation, the Court is of the opinion that the Motion to Amend the Rule 16(b) Scheduling Order is well-taken;

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the deadline for deposing expert witnesses in this cause is extended until January 6, 2006.

HONORABLE Diane K. Vescovo
U.S. Magistrate Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11/30/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02950 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

David A. McLaughlin
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Randy Songstad
DOWDEN SONGSTAD & WORLEY
6077 Primacy Parkway
Ste. 102
Memphis, TN 38119

Robert L. Moore
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT